# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MANKIND PHARMA LIMITED <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:23cv-00399 |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state the following: Endo Par Innovation Company, LLC, a non-governmental corporate entity, is a wholly owned subsidiary of Par Pharmaceutical, Inc. Par Pharmaceutical, Inc., a non-governmental corporate entity, is a wholly-owned, indirect subsidiary of Endo International PLC. Endo International PLC is a publicly held company that has no parent corporation and is the only publicly held company that owns 10% or more of the stock of Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC.

Dated: September 1, 2023          Respectfully submitted,

         /s/ Martin J. Black by permission Andrea L. Fair
Martin J. Black – LEAD ATTORNEY
Robert D. Rhoad
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
robert.rhoad@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

OF COUNSEL:

Andrea L. Fair
Texas Bar No. 24078488
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 1st day of September, 2023.

                                            /s/ *Andrea L. Fair*
                                              Andrea L. Fair