**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MANKIND PHARMA LIMITED<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 2:23cv-00399-JRG-RSP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>JURY DEMAND</u>**

Pursuant to Local Rule CV-38(a), Plaintiffs respectfully demand a jury trial on all issues so triable.

Dated: September 27, 2023  Respectfully submitted,

*/s/ Martin J. Black by permission Andrea L. Fair*
Martin J. Black – LEAD ATTORNEY
Robert D. Rhoad
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
robert.rhoad@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

OF COUNSEL:

Andrea L. Fair
Texas Bar No. 24078488
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 27, 2023, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

/s/  *Andrea L. Fair*
Andrea L. Fair