IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL INC. and ENDO PAR INNOVATION COMPANY, LLC<br><br>*Plaintiffs,*<br><br>vs.<br><br>MANKIND PHARMA LIMITED,<br><br>*Defendant.* | Civil Action No. 2:23cv-00399 |

**MANKIND PHARMA LIMITED'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant Mankind Pharma Ltd. ("Mankind"), which is a non-governmental corporate party, states that there is no corporate parent of Mankind and that no other publicly held corporation owns ten percent (10%) or more of the stock of Mankind.

Dated:   November 7, 2023

Respectfully submitted,

By: /s/ *Rex Mann*
Brett Johnson
Rex Mann
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Phone: (214) 453-6500
rmann@winston.com
mbjohnson@winston.com

George C. Lombardi (*pro hac vice* application

pending)
Maureen L. Rurka (*pro hac vice* application pending)
Samantha M. Lerner (*pro hac vice* application pending)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
mrurka@winston.com
slerner@winston.com

*Attorneys for Mankind Pharma Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2023, a copy of the foregoing was served upon counsel of record via the CM/ECF system.

/s/ Rex Mann
Rex Mann

*Attorney for Mankind Pharma Limited*